**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY E. SMITH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>E. TOOTELL, et al.,<br><br>　　　　　Defendants. | No. C 14-01159 EJD (PR)<br><br>**ORDER CONSOLIDATING CASES** |
| JERRY E. SMITH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>E. TOOTELL, et al.,<br><br>　　　　　Defendant. | No. C 14-01438 EJD (PR) |
| JERRY E. SMITH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>J. DELA CRUZ, et al.,<br><br>　　　　　Defendant. | No. C 14-02567 EJD (PR) |

Plaintiff in the above-entitled matters has filed three civil rights complaints,

all appearing to arise out of a common nucleus of events, i.e., Plaintiff's complaints of dizziness and light headed-ness, and which involve the same defendants.  On its own motion, the Court orders the cases consolidated for the sake of judicial economy and efficiency.  The consolidated case shall bear the Case Number of the earliest filed case: **C 14-01159 EJD (PR)**.

After filing this Order in each of the cases, the Clerk of the Court is ordered to close the files on each of the other cases and terminate any pending motions therein.  All future filings by Plaintiff with respect to the above-entitled cases shall bear the consolidated case number, C 14-01159 EJD (PR), and be filed therein.  The Court shall conduct an initial screening of the related complaints in a separate order.

DATED: 8/5/2014



EDWARD J. DAVILA
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JERRY E. SMITH,

        Plaintiff,

  v.

E. TOOTELL, et al.,

        Defendants.

Case Number: CV14-01159 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/5/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry Eugene Smith H-44485
San Quentin State Prison
San Quentin, CA 94964

Dated:   8/5/2014

                          Richard W. Wieking, Clerk
                    /s/ By: Elizabeth Garcia, Deputy Clerk